704

47 So.2d 925

**Edlow (alias Bo-Hog) PHILLIPS v. STATE.**

**7 Div. 65.**

Court of Appeals of Alabama.

May 30, 1950.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

49 So.2d 927

**Frank PICKETT v. STATE.**

**4 Div. 148.**

Court of Appeals of Alabama.

Nov. 28, 1950.

Appeal from Circuit Court, Bullock County; J. S. Williams, Judge.

PER CURIAM.

Affirmed.

51 So.2d 917

**Wiley PICKETT v. STATE.**

**2 Div. 806.**

Court of Appeals of Alabama.

March 27, 1951.

Appeal from Circuit Court, Hale County; W. E. Callen, Judge.

PER CURIAM.

Affirmed.

51 So.2d 917

**Wiley PICKETT v. STATE.**

**2 Div. 807.**

Court of Appeals of Alabama.

March 27, 1951.

Appeal from Circuit Court, Hale County; W. E. Callen, Judge.

PER CURIAM.

Affirmed.

44 So.2d 920

**Reid PITTS v. STATE.**

**6 Div. 789.**

Court of Appeals of Alabama.

Jan. 17, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

51 So.2d 917

**Henry Lawrence POFF v. STATE.**

**6 Div. 886.**

Court of Appeals of Alabama.

Dec. 19, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

PER CURIAM.

Appeal dismissed.